JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:       andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security <br><br> Defendant. | No. C 09-980 MHP <br><br> **E-FILING CASE** <br><br> **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> Date:    July 13, 2009 <br> Time:   2:00 p.m. <br> Courtrm:  15, 18th Floor |

      The Federal Defendant seeks this Court's leave to file its motion to dismiss. Jurisdictional motions can be raised at any time, even for the first time on appeal. *DBSI/TRI IV Ltd. Partnership v. U.S.*, 465 F.3d 1031, 1037-38 (9th Cir. 2006).

      Because this case involves potentially time-consuming discovery, the Federal Defendant seeks permission to have the threshold jurisdictional issues determined as early as possible.

      At the most recent case management conference involving the *Davis v. Astrue* case, the Court invited the Federal Defendant to file its motion to dismiss and set a hearing date for July 13, 2009.

The Federal Defendant respectfully seeks the Court's permission to file the motion to dismiss.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 8, 2009                    _____/s/_____
                                       ANDREW Y.S. CHENG
                                       MICHAEL T. PYLE
                                       Assistant United States Attorneys

**ORDER**

The Court, having considered the Federal Defendant's motion and having previously ordered the Federal Defendant to notice the motion to dismiss for July 13, 2009, hereby grants permission to file the motion to dismiss.

IT IS SO ORDERED.

DATED:__June 10, 2009_____          _____

