JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7322
    Facsimile: (415) 436-6748
    Email: michael.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant.<br><br>JOHN DOE,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security<br>    Defendant. | No. C 06-6108 MHP<br>No. C 09-980 MHP<br><br>**E-FILING CASE**<br><br>**STIPULATION TO POSTPONE FEBRUARY 22, 2010 HEARING IN <u>DAVIS</u> TO MARCH 15, 2010 AT 2:00 P.M. AND TO SCHEDULE STATUS CONFERENCE IN <u>DOE</u> FOR MARCH 15, 2010 AT 2:00 P.M. AND (PROPOSED) ORDER**<br><br>LR 7-12 |

    1. Pursuant Local Rule 7-12 the parties ask the Court to postpone the February 22, 2010 hearing on defendant's motion for partial summary judgment in *Davis v. Astrue*, C 06-6108 MPH to Monday, March 15, 2010 at 2:00 p.m. or to a date at the Court's earliest convenience.

STIPULATION TO POSTPONE HEARING AND (PROPOSED) ORDER
*Davis v. Astrue*, C 06-6108 MHP
*Doe v. Astrue*, C 09-980 MHP

2. Defendant Social Security Administration (SSA) requested this continuance to continue its efforts to determine the extent to which it can obtain the information requested by plaintiffs and the costs associated with the data retrieval, efforts that have been disrupted by the blizzard on the East Coast.

3. Plaintiffs have no objection to the proposed postponement.

4. In related case *Doe v. Astrue*, C 09-980 MHP, the parties are scheduled to meet and confer regarding discovery issues on February 24, 2010. Pursuant to the Court's order dated August 28, 2009, the parties are to request a status conference three weeks thereafter. The parties request that the status conference regarding any discovery issues in the *Doe* case also be scheduled for March 15, 2010 at 2:00 p.m.

IT IS SO STIPULATED.

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

Date:                                     /s/
                                                JOANN M. SWANSON
                                                Assistant United States Attorney

Date:                                     /s/
                                                STEVEN BRUCE
                                                Attorney for Plaintiff

Based on the foregoing and good cause appearing, the hearing on defendant's motion for partial summary judgment in *Davis v. Astrue* scheduled for Monday, February 22, 2010 at 2:00 p.m. is postponed until Monday, March 15, 2010 at 2:00 p.m. The status conference regarding discovery issues in *Doe v. Astrue* is also scheduled for that time.

IT IS SO ORDERED.  2/18/2010



_____
MARILYN HALL PATEL
U.S. DISTRICT JUDGE

STIPULATION TO POSTPONE HEARING AND (PROPOSED) O
*Davis v. Astrue*, C 06-6108 MHP
*Doe v. Astrue*, C 09-980 MHP             2