MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:    (408) 535-5087
   Facsimile:    (408) 535-5081
   Email:    michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>       Defendant. | No. C 06-6108 EMC & No. C 09-980 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING ~~OF~~ JOINT STATUS CONFERENCE STATEMENT**<br><br>Hon. Edward M. Chen |
| JOHN DOE,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>       Defendant. | |

1  The parties stipulate to the following, subject to the Court's approval.  The Court has set a
2  further status conference for December 23, 2011 at 9:00 a.m. and set December 16, 2011 as the
3  last day to file a joint supplemental status conference statement.  Counsel for Defendant will be
4  out of the office on leave on December 16, 2011 and on a flight home that day.  The parties thus
5  request that the Court permit the filing of the joint supplemental status conference statement on
6  December 19, 2011.

7  **IT IS SO STIPULATED**:

8  Dated: August 18, 2011          Respectfully submitted,

10               MELINDA HAAG
11               United States Attorney

13               ___/s/ Michael T. Pyle_____
                 MICHAEL T. PYLE
                 Assistant United States Attorney

16               ___/s/ Steven F. Bruce_____
                 STEVEN F. BRUCE
                 Attorney for Plaintiffs

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

19  The parties shall file a joint supplemental status conference statement on December 19, 2011
20  instead of on December 16, 2011.

21  DATED: August 22, 2011                    _____
                                              HONORABLE EDWARD M. CHEN
                                              U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen