MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney
EVAN H. PERLMAN (MA BBO 651356)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:      (408) 535-5087
Facsimile:      (408) 535-5081
Email:          michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | No. C 06-6108 EMC (NC) & No. C 09-980 EMC (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LEAVE TO FILE AMENDED ANSWERS**<br><br>Date: April 6, 2012***<br>Time: 1:30 p.m.<br>Courtroom 5, 17th Floor<br>Hon. Edward M. Chen<br><br>**\*\*\*Defendant requests a hearing only if the Court intends to deny the unopposed motion** |
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | |

1    Having considered Defendant's moving papers and finding that Plaintiffs agreed not to
2    oppose Defendant's motion (*see* Pyle Declaration, Exh. 2), the Court Grants Defendant's
3    unopposed motion for leave to file amended answers.
4    **IT IS SO ORDERED:**
5    Defendant is granted leave to file signed and dated copies of the amended answers submitted
6    with Defendant's moving papers.

7    DATED: 3/2/12

_____
HONORABLE EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen